UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

September 26, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14MJ00224-AC-8 |
| ) | |
| Plaintiff, ) | |
| v.            ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JESSICA JUAREZ, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release    JESSICA JUAREZ  , Case No.

2:14MJ00224-AC-8  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

___    Bail Posted in the Sum of $_____

___    Unsecured Appearance Bond

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

✔    (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 26, 2014  at  11:00 am  .

By  /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court