```
                                                        FILED
                                                  September 26, 2014
         UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                                  EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                                     DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                              )    Case No. 2:14MJ00224-AC-8
       Plaintiff,           )
v.                               )    ORDER FOR RELEASE OF
                              )    PERSON IN CUSTODY
JESSICA JUAREZ,           )
                               )
       Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESSICA JUAREZ__, Case No. __2:14MJ00224-AC-8__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___     Release on Personal Recognizance

     ___     Bail Posted in the Sum of $_____

             ___     Unsecured Appearance Bond

             ___     Appearance Bond with 10% Deposit

             ___     Appearance Bond with Surety

             ___     Corporate Surety Bail Bond

     ✔     (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 26, 2014__ at __11:00 am__.

                                       By   /s/ Allison Claire/s/ Allison Claire
                                                 Allison Claire
                                                 United States Magistrate Judge

Copy 2 - Court